UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:07-cr-0050-LJM-DKL-1 |
| ) | |
| CHRISTOPHER BRYANT, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Debra McVicker Lynch=s Report and Recommendation that Christopher Bryant=s supervised released be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of eight (8) months in the custody of the Attorney General or his designee with no supervised release to follow. The defendant will self-surrender upon designation by the Bureau of Prisons of the place of incarceration.

SO ORDERED this 04/11/2014

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Barry Glickman
Josh Minkler
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

Joe Cleary
Office of Indiana Federal Community Defender
One Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service